## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**TERRY L. CRAFT, #L4910**                                              **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO. 4:05cv155TSL-AGN**

**UNKNOWN HERRARA, et al.**                                    **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  21st   day of February, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE